**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 11-cv-00081-LTB-BNB

BRENDA M. LOPEZ,

    Plaintiff,

v.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation; and
SUNCOR ENERGY SERVICES INC.,

    Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Plaintiff's Motion to File Amended Complaint (Doc 15 - filed April 26, 2011) is **GRANTED**. The tendered Amended Complaint is accepted for filing.

Dated:  April 27, 2011
_____