**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  11-cv-00081-LTB-BNB

BRENDA M. LOPEZ,

       Plaintiff,

v.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation; and
SUNCOR ENERGY SERVICES INC.,

       Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


     In light of the Court's Order regarding Defendants' Partial Motion to Dismiss the Amended Complaint (Doc 29), Defendants' Partial Motion to Dismiss (Doc 11 - filed February 25, 2011) is **DENIED AS MOOT**.


Dated:  August 31, 2011
_____