IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 11-cv-00081-LTB-BNB | Date: December 1, 2011 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| BRENDA M. LOPEZ, | Nina Kazazian |
| Plaintiff, | |
| v. | |
| SUNCOR ENERGY (U.S.A.) INC., and SUNCOR ENERGY SERVICES, INC., | Mark Barnes |
| Defendant(s). | |

**COURTROOM MINUTES**

**HEARING: MOTIONS**

Court in Session:   1:30 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:   Plaintiff's motion for blanket protective order [doc.#44; filed 11/11/11] is granted for reasons stated on the record. The parties shall file a stipulated revised protective order on or before December 8, 2011.**

Court in Recess:   2:40 p.m.   Hearing concluded.   Total time in Court:  01:10

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.