IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00081-LTB-BNB

BRENDA M. LOPEZ,

Plaintiff,

v.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation, and
SUNCOR ENERGY SERVICES INC.,

Defendants.

_____

**ORDER**
_____

This matter arises on **Plaintiff's Motion for Blanket Protective Order** [Doc. # 44, filed 11/11/2011] (the "Motion"), which is GRANTED as specified.

Both parties seek the entry of a blanket protective order. Their disagreement stems from the proper scope of the material entitled to be designated as Confidential. I held a hearing on the Motion this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)     The Motion [Doc. # 44] is GRANTED as specified on the record this afternoon.

(2)     The parties shall confer and submit, on or before **December 8, 2011**, a stipulated revised protective order consistent with my oral rulings.

Dated December 1, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge