IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00081-LTB-BNB

BRENDA M. LOPEZ,

Plaintiff,

v.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation, and
SUNCOR ENERGY SERVICES INC.,

Defendants.

_____

**ORDER**

_____

This matter arises on **Defendants' Proposed Revised Protective Order** [Doc. # 52, filed

12/8/2011] (the "Second Motion").

A related issue previously was before me on **Plaintiff's Motion for Blanket Protective

Order** [Doc. # 44, filed 11/11/2011] (the "First Motion").  Both parties sought the entry of a

blanket protective order, but they could not agree on the proper scope of the material entitled to

be designated as Confidential.  I held a hearing on the Motion on December 1, 2011.  Despite my

efforts to assist, the parties still are unable to agree on the scope of material entitled to be

designated as Confidential.

Under circumstances like these, where the parties cannot agree even as to basics, I do not

anticipate that a blanket protective order can be effectively utilized or that it will facilitate

orderly and efficient discovery.  See Gillard v. Boulder Valley Schools, 196 F.R.D. 382, 384 (D.

Colo. 2000).  Consequently, I will not enter one.  If necessary, the parties may seek protection by

means of particularized protective orders, id. at 385, but in doing so they should bear in mind the

mandates of Rules 26(c)(3) and 37(a)(5), Fed. R. Civ. P., concerning the award of attorneys fees and costs.

IT IS ORDERED:

(1)     My previous Order [Doc. # 49, filed 12/1/2011] is VACATED; and

(2)     The Second Motion [Doc. # 52] is DENIED.

Dated January 5, 2012.

BY THE COURT:

 s/ Boyd N. Boland_____
United States Magistrate Judge