IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00081-LTB-BNB

BRENDA M. LOPEZ,

Plaintiff,

v.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation, and
SUNCOR ENERGY SERVICES INC.,

Defendants.
_____

**ORDER**
_____

This matter arises on the following:

(1)  **Defendants' Motion for Protective Order to Quash the Depositions of Defendants' Rule 30(b)(6) Representatives and for Costs and Fees** [Doc. # 58, filed 1/10/2012] (the "Motion for Protective Order"); and

(2)  Plaintiff's **Motion for Extension of Time to Respond to Defendants' Discovery Requests** [Doc. # 62, filed 1/30/2012] (the "Motion for Extension").

I held a hearing on the motions this afternoon and made rulings on the motions, which are incorporated here.

IT IS ORDERED:

(1)  The Motion for Protective Order [Doc. # 58] is GRANTED; the Rule 30(b)(6) deposition notices are quashed; and that discovery shall not be had until proper notices are served which describe the matters for examination with reasonable particularity.

(2)  Pursuant to Fed. R. Civ. P. 26(c)(3), the defendants are awarded their reasonable

expenses incurred in making the Motion for Protective Order, including attorneys fees. The award is made against the plaintiff's counsel and not the plaintiff. The parties are directed to confer in an attempt to reach an agreement about the amount of the award. In the event they are unable to agree or the agreed upon award has not been paid in full, the defendants shall file a fee application, complete with all information required under D.C.COLO.LCivR 54.3 and contemporaneous time records supporting the fee application, on or before **February 14, 2012**.

(3)   The Motion for Extension [Doc. # 62] is DENIED.

Dated January 31, 2012.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge