IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| **Civil Action No.** 11-cv-00081-LTB-BNB | FTR BNB COURTROOM A 401 |
| **Date:** April 27, 2012 | Geneva D. Mattei, Deputy Clerk |

BRENDA M. LOPEZ,   Thomas Burke Jr.

        Plaintiffs,

v.

SUNCOR ENERGY (U.S.A.) INC., and   Mark Barnes
SUNCOR ENERGY SERVICES INC.,   Susan Klopman

        Defendant.

## COURTROOM MINUTES

**STATUS CONFERENCE**

Court in Session:   3:20 p.m.

Court calls case.

Appearances of Counsel. Deborah Elmore paralegal.

Court questions counsel concerning status of case.

Counsel advise Court.

**ORDERED: Plaintiff's motion to compel [Doc#83; filed 3/7/12] is denied as moot.**

Court in Recess:   3:53 p.m.   Hearing concluded.   Total time in court: 00:33

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.