IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00081-LTB-BNB

BRENDA M. LOPEZ,

Plaintiff,

v.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation, and
SUNCOR ENERGY SERVICES INC.,

Defendants.

_____

## ORDER

_____

The parties appeared on April 25, 2012, for a status conference.  Consistent with matters

discussed at the status conference,

IT IS ORDERED:

(1)     **Plaintiff's Motion to Compel Discovery and Disclosures** [Doc. # 83, filed

3/7/2012] is DENIED as withdrawn.

(2)     The deadlines to respond to the following motions are VACATED, to be

continued to a date set by a subsequent order, if necessary: (a)

(a) Defendants' Motion to Compel Discovery Responses and for Attorney Fees

[Doc. # 90, filed 3/21/2012];

(b) Plaintiff's Second Motion to Amend Scheduling Order [Doc. # 102, filed

4/10/2012]; and

(c) Plaintiff's Motion for Protective Order [Doc. # 103, filed 4/10/2012].

(3)     The status conference is CONTINUED to **May 17, 2012, at 3:00 p.m.**, in

Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  The parties shall file status reports addressing all pending motions and containing a proposed revised case schedule on or before **May 14, 2012**, in anticipation of the status conference.

      Dated May 1, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge