IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00081-LTB-BNB

BRENDA M. LOPEZ,

Plaintiff,

v.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation, and
SUNCOR ENERGY SERVICES INC.,

Defendants.
_____

**ORDER**
_____

The parties appeared today for a status conference. Consistent with matters discussed at the status conference,

IT IS ORDERED:

(1) The defendants shall respond to plaintiff's Motion for Leave to File Second Amended Complaint [Doc. # 126] (the "Motion to Amend") on or before May 24, 2012, and a hearing on the Motion to Amend is set for May 30, 2012, at 3:00 p.m., in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado;

(2) The plaintiff shall respond to Defendants' Motion to Compel Discovery Responses and for Attorney Fees [Doc. # 90] (the "Motion to Compel"), if at all, on or before May 24, 2012, and a hearing on the Motion to Compel is set for May 30, 2012, at 3:00 p.m., in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado;

(3) Plaintiff's Second Motion to Amend Scheduling Order [Doc. # 102] is

GRANTED, and the case schedule is modified to the following extent:

    Discovery Cut-Off:                September 17, 2012

(All discovery must be completed by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

    Dispositive Motions Deadline:      October 15, 2012

Expert Disclosures:

(a)     The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before July 16, 2012

(b)     The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before August 16, 2012

Final Pretrial Conference: The final pretrial conference set for July 26, 2012, at 8:30 a.m., is VACATED and RESET to December 4, 2012, at 8:30 a.m., in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than November 27, 2012.

(4)     Plaintiff's Motion for Protective Order [Doc. # 103] is DENIED as premature.

Dated May 17, 2012.

                                  BY THE COURT:

                                  s/ Boyd N. Boland
                                  United States Magistrate Judge