IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00081-LTB-BNB

BRENDA M. LOPEZ,

Plaintiff,

v.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation, and
SUNCOR ENERGY SERVICES INC.,

Defendants.
_____

**ORDER**
_____

This matter arises on the following:

(1)     **Defendants' Motion to Compel Discovery Responses and for Attorney Fees** [Doc. # 90, filed 3/21/2012] (the "Motion to Compel"); and

(2)     **Joint Motion to Resolve Defendants' Motion to Compel Discovery Responses and for Attorneys Fees** [Doc. # 130, filed 5/24/2012] (the "Motion to Resolve").

The parties have reached an agreement to resolve the matters in dispute, as specified in the Motion to Resolve.

IT IS ORDERED:

(1)     The Motion to Resolve [Doc. # 130] is GRANTED;

(2)     The Motion to Compel [Doc. # 90] is GRANTED as confessed, subject to the following terms:

• The plaintiff shall provide answers and responses to each of the defendants' pending interrogatories and requests for production, without objections, in accordance with

defendants' arguments, on or before **June 6, 2012**;

• The defendants request for an award of attorneys fees and other sanctions in connection with the Motion to Compel, as directed against the plaintiff personally and her current counsel, is withdrawn with prejudice; and

• The defendants, at their option, may seek an award of attorneys fees against the plaintiff's former counsel in connection with the Motion to Compel.  Any such motion shall be filed, if at all, on or before **June 15, 2012**.

Dated May 30, 2012.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge