**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  11-cv-00081-LTB-BNB

BRENDA M. LOPEZ,

       Plaintiff,

v.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation; and
SUNCOR ENERGY SERVICES INC.,

       Defendants.
_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


       A Notice of Withdrawal of Motion to Enforce Lien (Doc 135 - filed May 31, 2012) has been filed.  It is therefore ORDERED that the Motion to Enforce Attorney's Lien (Doc 123 - filed May 10, 2012) is hereby WITHDRAWN.



Dated:  June 1, 2012
_____