IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 11-cv-00081-LTB-BNB

BRENDA M. LOPEZ,

    Plaintiff,

v.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation; and SUNCOR ENERGY SERVICES INC.,

    Defendants.

---

**ORDER**

---

This case is before me on the recommendation of the Magistrate Judge issued and served on June 1, 2012 (Doc 138). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted and Plaintiff's Motion for Leave to File Second Amended Complaint (Doc 126) is **DENIED.**

                                  BY THE COURT:

                                    s/Lewis T. Babcock
                                  Lewis T. Babcock, Judge

DATED:  June 19, 2012