IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00081-LTB-BNB

BRENDA M. LOPEZ,

Plaintiff,

v.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation, and
SUNCOR ENERGY SERVICES INC.,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter arises on the **Motion to Withdraw Motion to Enforce Lien and Vacate August 30, 2012 Hearing on the Motion and Motion to Appear By Telephone If the Court Proceeds With the Hearing on Defendants' Motion for Fees** [Doc. # 181, filed 8/29/2012](the "Motion").

IT IS ORDERED that the Motion [Doc. # 181] is:

(1)     DENIED insofar as it seeks to vacate the August 30 hearing;

(2)     DENIED insofar as it seeks an order that the hearing proceed by telephone; and

(3)     TAKEN UNDER ADVISEMENT in all other respects.


DATED:  August 29, 2012