IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | |
|---|---|---|
| Civil Action: | 11-cv-00081-LTB-BNB | Date: August 31, 2012 |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| BRENDA M. LOPEZ | *Thomas J. Burke, Jr.* |
| **Plaintiff(s)** | |
| **v.** | |
| SUNCOR ENERGY (U.S.A.) INC | *Mark T. Barnes* |
| SUNCOR ENERGY SERVICES INC | *Susan P. Klopman* |
| **Defendant(s)** | |

## COURTROOM MINUTES

### CONTINUED MOTIONS HEARING

Court in Session: 8:40 a.m.

Appearance of counsel. Interested Party and Lien Claimant *Nina Kazazian* present *pro se* and on behalf of Interested Party Kazazian & Associates, LLC.

Request to withdraw [149] Second (Amended) Motion to Enforce Attorney's Lien and continue that part of the hearing by Lien Claimant; DENIED by the Court.

Continued testimony and argument presented on Defendants' Motion for Reasonable Expenses [139]. Oral Motion by Nina Zazazian for Sanctions and Attorney Fees in relation to subpoenaed documents is DENIED.

Court in Recess: 11:08 a.m.

Case Recalled: 11:22 a.m.

**ORDERED:   Defendants' Motion for Reasonable Expenses [139] is TAKEN UNDER ADVISEMENT.**

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119

Court in Recess: 11:57 a.m.

Case Recalled: 2:32 p.m.

Pursuant to request of the parties, Court in Recess: 2:37 p.m.

Case Recalled: 2:53 p.m.

Pursuant to request of Mr. Burke, Court in Recess: 3:26 p.m.

Case Recalled: 3:30 p.m.

Argument and testimony presented on Second (Amended) Motion to Enforce Attorney's Lien [149].

**ORDERED:   REPORT AND RECOMMENDATION on [149] Second (Amended) Motion to Enforce Attorney's Lien will be issued.**

Court in Recess: 4:33 p.m.          Hearing concluded.          Total time in Court: 04:44