IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Boyd N. Boland

Case No. 11-cv-00081-LTB-BNB

BRENDA M. LOPEZ

    Plaintiff

v.

SUNCOR ENERGY (U.S.A.) INC., a Delaware Corporation, and
SUNCOR ENERGY SERVICES INC.

    Defendant(s)

---

## ORDER REGARDING CUSTODY OF EXHIBITS

Counsel for the plaintiff shall arrange pick up and retain custody of all exhibits submitted at the August 30, 2012 and August 31, 2012 Motions Hearing. Counsel is further ordered to retain exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

Counsel may pick up items at the Clerk of Court's Office, 901 19th Street, Room A-105, Denver, CO 80294. Further inquiries may be directed to the Courtroom Deputy Clerk, Julie Dynes at 303.271.2061.

DATED at Denver, Colorado, this 10th day of September, 2012.

                                          BY THE COURT:

                                          s/ Boyd N. Boland
                                          BOYD N. BOLAND, Magistrate Judge
                                          United States District Court