IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 11-cv-00081-LTB-BNB

BRENDA M. LOPEZ,

    Plaintiff,

v.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation; and SUNCOR ENERGY SERVICES INC.,

    Defendants.

___

**ORDER**
___

This case is before me on the Orders and Recommendations of the Magistrate Judge (Doc 195). In it, the Magistrate Judge orders that: (1) Defendants' Motion for Reasonable Expenses (Doc 139) is granted; (2) the Defendants are awarded their reasonable expenses including attorneys fees in the amount of $10,990.80; and (3) the award is against Nina Kazazian and Kazazian & Associates LLC and not against the Plaintiff. The Magistrate Judge recommends: (1) that the Second (Amended) Motion for to Enforce Attorney's Lien (Doc 149) be denied; and (2) that Judgment on the Notice of Lien (Doc 122); Second (reasserted) Notice of Lien (Doc 148); and Amended Second Notice of Lien Under C.R.S. §§ 12-5-119 and 120 (Doc 170) be entered in favor of the Plaintiff and against the named claimant and the liens be dismissed with prejudice.

Nina Kazazian, pro se, and Kazazian & Associates LLC, have filed their objections to the Magistrate Judge's orders and recommendation (Doc 197). Plaintiff has responded

to the objections (Doc 201).

I have reviewed the Orders pursuant to Fed. R. Civ. P. 72(a) whether they are clearly erroneous or contrary to law. I have review the recommendations *de novo.*

I conclude that the Orders are neither clearly erroneous nor contrary to law. On *de novo* review, I conclude that the recommendations are correct. Accordingly, it is

ORDERED that the objections to the Magistrate Judge's Orders are DENIED.

IT IS FURTHER ORDERED that the Second (Amended) Motion to Enforce Attorney's Lien (Doc 149) is DENIED.

IT IS FURTHER ORDERED that Judgment on the Notice of Lien (Doc 122); Second (Reasserted) Notice of Lien (Doc 148), and Amended Notice of Lien Under C.R.S. §§ 12-5-119 and 120 (Doc 170) is to be entered in favor of the Plaintiff and against the lien claimant and the liens are DISMISSED WITH PREJUDICE.

                                    BY THE COURT:

                                      s/Lewis T. Babcock
                                    Lewis T. Babcock, Judge

DATED:   October 1, 2012