IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 11-cv-00081-LTB-BNB

BRENDA M. LOPEZ,

    Plaintiff,

v.

SUNCOR ENERGY (U.S.A.) INC., a Delaware corporation, and
SUNCOR ENERGY SERVICES INC.,

    Defendants.

## JUDGMENT REGARDING ATTORNEYS' FEES AND NOTICE OF LIEN

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order entered by the Honorable Lewis T. Babcock on October 1, 2012, and incorporated herein by reference as if fully set forth, it is

ORDERED that the recommendation of the Magistrate Judge is ACCEPTED. Accordingly, as set forth in the Magistrate Judge's Order and Recommendation:

    1. Defendants' Motion for Reasonable Expenses is GRANTED;

    2. The Defendants are awarded their reasonable expenses, including attorneys fees, in the amount of $10,990.80; and

    3. The award is against Nina Kazazian and Kazazian & Associates LLC, and not against the Plaintiff.

As the Magistrate Judge's Recommendation is ACCEPTED, it is FURTHER ORDERED that:

    1. The Second (Amended) Motion to Enforce Attorney's Lien is DENIED; and

2. Judgment on the Notice of Lien, Second (Reasserted) Notice of Lien, and Amended Second Notice of Lien Under C.R.S. §§12-5-119 and 120 is hereby entered in favor of the Plaintiff and against the lien claimant, and the liens are DISMISSED WITH PREJUDICE.

DATED at Denver, Colorado this  3rd  day of October, 2012.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/ Edward P. Butler
Edward P. Butler,
Deputy Clerk