IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:11-cv-00081-LTB-BNB

BRENDA M. LOPEZ,

        Plaintiff,

v.

SUNCOR ENERGY (U.S.A.) INC., a Delaware Corporation; and
SUNCOR ENERGY SERVICES INC.,

        Defendants.

_____

ORDER DISMISSING CASE WITH PREJUDICE
_____

This matter came before the Court on the parties' joint Motion for Dismissal, with Prejudice.  The Court being fully advised in the premises, hereby GRANTS the motion.  It is hereby

ORDERED that this matter be dismissed in its entirety, with prejudice; and

It is further:

ORDERED that this Order does not modify or in any way excuse compliance with this Court's October 3, 2012 Judgment Regarding Attorneys' Fees and Notice of Lien.

DATED this  8th  day of    November   , 2012.

                                          s/Lewis T. Babcock
                                          LEWIS T. BABCOCK
                                          United States District Judge